IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DWAYNE SCRUGGS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 3:13-CV-1135-NJR |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

# NOTICE

**ROSENSTENGEL, District Judge:**

If Petitioner wishes to appeal this denial of his 2255 motion, he may file a notice of appeal with this court within 60 days after the date the Order was entered. FED. R. APP. P. 4(a)(1)(B). The Court may extend the time to file a notice of appeal, but only if "a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and…that party shows excusable neglect or good cause." FED. R. APP. P. 4(a)(5).

A motion for leave to appeal *in forma pauperis* should set forth the issues Petitioner plans to present on appeal. *See* FED. R. APP. P. 24(a)(1)(C). If Petitioner does choose to appeal, and is allowed to proceed *in forma pauperis*, he will be liable for a portion of the $505.00 appellate filing fee (the amount to be determined based on his prison trust fund account records for the past six months) irrespective of the outcome of the appeal. *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Petitioner is further advised that a motion filed pursuant to Federal Rule of Civil Procedure 59(e) must be filed no later than 28 days after the entry of the judgment—a deadline that cannot be extended. A proper and timely Rule 59(e) motion *may* toll the 60-day appeal deadline, but a motion for relief from a final judgment, order, or proceeding does not toll the deadline for an appeal.

Petitioner cannot take an appeal unless a circuit justice or judge issues a certificate of appealability under 28 U.S.C. § 2253(c). Here, the undersigned District Judge has already declined to issue a certificate of appealability. Thus, Petitioner must seek a certificate of appealability from the Court of Appeals under Federal Rule of Appellate Procedure 22.

**IT IS SO ORDERED.**

DATED:   March 7, 2017

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**